01

02

03

04

05

06

07                       UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
08                             AT SEATTLE

09   FRED A. STEPHENS,                    )
                                          )   CASE NO. C12-1067-RAJ-MAT
10          Plaintiff,                    )
                                          )
11      v.                                )
                                          )   ORDER RE: REQUEST FOR
12   SGT. FREDRICKSON, et al.,            )   APPOINTMENT OF COUNSEL AND
                                          )   MOTION TO AMEND
13          Defendants.                   )
     _____    )

14

15          Plaintiff Fred A. Stephens proceeds *pro se* in this civil rights matter pursuant to 42

16   U.S.C. § 1983.  Plaintiff seeks the appointment of counsel and leave to submit a second

17   amended complaint.  (Dkts. 25, 28 & 29.)  Respondent submitted an objection to the request

18   for appointment of counsel and to the request to amend as set forth in the first motion to amend

19   filed by plaintiff.  (Dkt. 26.)  The Court has not yet received a response to the second motion

20   filed by plaintiff seeking an amendment (Dkt. 29), but that motion was not correctly noted

21   under the local rules.  Now, having considered the pending motions, the Court does hereby

22   find and ORDER as follows:

ORDER
PAGE -1

01          (1)      There is no right to have counsel appointed in cases brought under § 1983 or in a

02   general civil case.   Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to

03   represent a party proceeding *in forma pauperis* (IFP), plaintiff is no longer proceeding IFP in

04   this matter and, even if he were, he has not shown exceptional circumstances warranting the

05   appointment of counsel.   *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986) (a

06   finding of exceptional circumstances requires an evaluation of both the likelihood of success on

07   the merits and the ability of the individual to articulate his claims *pro se* in light of the

08   complexity of the legal issues involved).   The Court, in particular, notes that plaintiff has not

09   demonstrated an inability to articulate his claims *pro se* in light of the complexity of the legal

10   issues involved.   *Id*.   Accordingly, plaintiff's request for the appointment of counsel (Dkt. 25)

11   is DENIED.

12          (2)      Plaintiff seeks to amend his complaint to add one or more new defendants and a

13   claim for declaratory and injunctive relief pursuant to 28 U.S.C. § 2201.   However, plaintiff

14   failed to submit a proposed second amended complaint.   Any motion to amend not

15   accompanied by a proposed amended complaint is procedurally deficient and will not be

16   considered.   Accordingly, plaintiff's motions seeking joinder and the filing of a second

17   amended complaint (Dkts. 25 & 29) are hereby STRICKEN from the docket.   If plaintiff

18   wishes to pursue amendment of his complaint, he must submit a new motion to amend together

19   with a proposed second amended complaint which sets forth each claim plaintiff wishes to

20   pursue against each named defendant.

21          (3)      Plaintiff is reminded that, pursuant to Local Civil Rule 7(d)(2), all motions filed

22   in a case in which a party is under civil or criminal confinement must be noted in accordance

ORDER
PAGE -2

01 │ with Rule 7(d)(1) or 7(d)(3), the latter of which requires a noting date no earlier than the third

02 │ Friday after filing.   As such, any motion to amend filed by plaintiff must be noted no earlier

03 │ than the third Friday after filing.

04 │         (4)     The Clerk shall direct copies of this Order to the parties and to the Honorable

05 │ Richard A. Jones.

06 │         DATED this 16th day of October, 2012.

07

08 │                                   Mary Alice Theiler

09 │                                   United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER
PAGE -3