HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED STEPHENS,<br><br>          Plaintiff,<br><br>     v.<br><br>SGT. TODD FREDRICKSON, et al.,<br><br>          Defendants. | LEAD CASE NO. C12-1067RAJ<br><br>CONSOLIDATED<br><br>ORDER |

      This matter comes before the court on Plaintiff's motion for reconsideration of the court's March 4, 2013 order consolidating a case Plaintiff originally filed in state court (No. C12-1898RAJ) with this case, which Plaintiff originally filed in this court.

      Motions for reconsideration are "disfavored," and the court "will ordinarily deny [a motion for reconsideration] in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rules W.D. Wash. LCR 7(h)(1). Plaintiff's motion (Dkt. # 54) makes neither showing, and the court therefore DENIES it.

      The court notes, moreover, that a motion for reconsideration is not an opportunity to raise new legal arguments, unless those arguments are based on authority that the party could not have cited in its original motion. Plaintiff's motion asks the court to exercise its discretion to decline supplemental jurisdiction over his state law claims (per 28 U.S.C. § 1367(c)), and to abstain from deciding a question of state law. Those requests appeared nowhere in his original motion, and therefore the court cannot "reconsider" its decision

ORDER – 1

on those requests.  In any event, no abstention doctrine applies here, because Plaintiff has no pending case in state court.

DATED this 22nd day of March, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2