UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED STEPHENS, | ) |
| | ) LEAD CASE NO. C12-1067-RAJ-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER RE: MOTION TO AMEND |
| | ) |
| TODD FREDRICKSON, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Plaintiff proceeds *pro se* in this civil rights action. The Court recently consolidated this lead case, C12-1067, with member case C12-1898. (Dkt. 53.) Now before the Court is plaintiff's Motion to Amend Consolidated Cause CV-1898-RAJ-MAT. (Dkt. 59.) Having considered the motion, along with the remainder of the record, the Court does hereby find and ORDER as follows:

(1) The Court finds plaintiff's intentions unclear. For example, it appears, but is not entirely clear, that plaintiff seeks to amend only the complaint in member case C12-1898. Also, pursuant to Local Civil Rule 15, a party seeking to amend "must indicate on the proposed

amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added." LCR 15. Plaintiff does not, either in his motion to amend or in the proposed amended complaint, identify his proposed amendments. For these reasons, plaintiff's motion to amend (Dkt. 59) is DENIED without prejudice to the submission of a revised motion to amend and proposed amended complaint complying with LCR 15.

Further, should plaintiff again seek to amend, he is directed to submit a single consolidated amended complaint governing both lead case C12-1067 and member case C12-1898. These matters were consolidated given their minimal differences. *See* C12-1898 (Dkt. 7). The Court finds that a single operative complaint would be preferable to the current Second Amended Complaint/Complaint currently pending in this action.

(2)   The Clerk is directed to send a copy of this Order to the parties and to the Hon. Richard A. Jones.

DATED this 17th day of May, 2013.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER RE: MOTION TO AMEND
PAGE -2