UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED STEPHENS, ) | |
| ) | LEAD CASE NO. C12-1067-RAJ-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER RE: MOTION TO AMEND |
| ) | |
| TODD FREDRICKSON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff proceeds *pro se* in this civil rights action. The Court consolidated this lead case, C12-1067, with member case C12-1898. (Dkt. 53.) Now before the Court is a motion to file amended complaint filed only in member case C12-1898. *See* C12-1898 (Dkt. 22). Having considered the motion, along with the remainder of the record, the Court does hereby find and ORDER as follows:

(1) In an Order dated May 17, 2013, the Court denied what appeared to be a motion to amend the complaint solely in member case C12-1898. (Dkt. 63.) The motion to amend was denied without prejudice to the submission of a revised motion to amend and proposed amended complaint complying with LCR 15 (a party seeking to amend "must indicate on the

ORDER RE: MOTION TO AMEND
PAGE -1

proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added.") The Court also stated that "should plaintiff again seek to amend, he is directed to submit a single consolidated amended complaint governing both lead case C12-1067 and member case C12-1898." (Dkt. 63 at 2.) In contravention of that directive, plaintiff's current motion states that the proposed amended complaint "does NOT apply or affect CV12-1067." C12-1898 (Dkt. 22). As the motion and proposed amended complaint filed in C12-1898 (Dkt. 22) fails to comply with the Court's Order, the motion to amend is DENIED.

Again, if plaintiff seeks to amend, he must submit a single consolidated amended complaint governing both lead case C12-1067 and member case C12-1898. Any motion and proposed amended complaint failing to comply with this directive will be stricken from the docket and returned to plaintiff. **It is further ORDERED that the parties may not file any documents in member case C12-1898. All submissions to the Court must be filed in lead case C12-1067**. Any documents submitted in member case C12-1898 will be returned to the filing party.

(2) The Clerk is directed to file this Order in the lead case, C12-1067, and member case, C12-1898. The Clerk is further directed to send a copy of this Order to the parties and to the Hon. Richard A. Jones.

DATED this 10th day of July, 2013.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: MOTION TO AMEND
PAGE -2