UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED STEPHENS, ) | |
| ) | LEAD CASE NO. C12-1067-RAJ-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING MOTION TO |
| ) | AMEND AND RESETTING CASE |
| TODD FREDRICKSON, et al., ) | DEADLINES |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff proceeds *pro se* in this civil rights action. Now before the Court is plaintiff's Third Motion to file Amended Civil Complaint. (Dkt. 65.) Having considered the motion, along with the remainder of the record, the Court does hereby find and ORDER as follows:

(1) Federal Rule of Civil Procedure 15 provides that "leave [to amend a pleading] shall be freely given when justice so requires." Fed. R. Civ. P. 15 (a). Leave to amend may be denied where there is undue delay, bad faith or dilatory motive, undue prejudice to the opposing party, or when the amendment would be futile. *See Foman v. Davis*, 371 U.S. 178, 182 (1962). In this case, defendants do not object to the motion to amend and, in fact, have

ORDER RE: THIRD
MOTION TO AMEND
PAGE -1

already submitted their Answer to the proposed Third Amended Complaint. (*See* Dkt. 66.) The Court finds no basis for denying the motion to amend. Plaintiff's motion to amend (Dkt. 65) is, accordingly, GRANTED.

(2) Given the receipt of both the Third Amended Complaint and defendants' Answer thereto, the Court now finds it appropriate to reset the discovery and dispositive motion deadlines in this matter. (*See* Dkt. 47 at 3 (granting motions to extend deadlines).) All discovery is this matter shall be completed by **November 1, 2013**, and all dispositive motions shall be filed by **December 6, 2013**. The directions contained in the Court's September 19, 2012 Order Regarding Pretrial Preparations (Dkt. 23) otherwise remain in effect.

(3) The Clerk is directed to send a copy of this Order to the parties and to the Hon. Richard A. Jones.

DATED this 5th day of September, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

ORDER RE: THIRD
MOTION TO AMEND
PAGE -2