UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED STEPHENS, | ) |
| | ) LEAD CASE NO. C12-1067-RAJ-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER RE: PENDING MOTIONS |
| TODD FREDRICKSON, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff proceeds *pro se* in this civil rights action. Now before the Court is plaintiff's Motion to Compel Electronic Recording of Depositions (Dkt. 74) and Motion to Enlarge Time for Discovery and Dispositive Motions (Dkt. 76). Having considered the motions, defendants' responses, and the remainder of the record, the Court does hereby find and ORDER as follows:

(1) Plaintiff seeks an order compelling the electronic recording of depositions. (Dkt. 74.) Defendants set forth a variety of objections to plaintiff's request to conduct depositions, both in the manner requested and as a general matter, none of which merit substantial discussion. It suffices to say that the Court finds the request to conduct a total of

ORDER RE:
PENDING MOTIONS
PAGE -1

three to four depositions (*see* Dkt. 79 at 3) entirely reasonable. Plaintiff's motion to compel depositions (Dkt. 74) is, accordingly, GRANTED. The Court, however, declines to delineate the precise time, manner, and/or location in which the depositions should occur. Instead, as suggested by plaintiff (*see* Dkt. 76 at 1-2), the Court ORDERS the parties to promptly meet and confer to resolve issues associated with the depositions and any other outstanding discovery disputes.

(2)  The Court previously set a November 1, 2013 deadline for the completion of discovery in this matter and a December 6, 2013 deadline for the filing of dispositive motions. Given the above, the Court finds an extension of those deadlines necessary. Accordingly, plaintiff's Motion to Enlarge Time for Discovery and Dispositive Motions (Dkt. 76) is GRANTED.[1] All discovery in this matter shall be completed by **January 3, 2014**, and all dispositive motions shall be filed by **January 31, 2014**. The directions contained in the Court's September 19, 2012 Order Regarding Pretrial Preparations (Dkt. 23) otherwise remain in effect.

(3)  The Clerk is directed to send a copy of this Order to the parties and to the Hon. Richard A. Jones.

DATED this 19th day of November, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

---

[1] Plaintiff's request for costs, attorney fees, and sanctions against counsel for defendants (Dkt. 80 at 3) is DENIED. While not finding defendants' arguments in opposition to the pending motions persuasive, the Court does not find a sufficient basis for concluding that counsel for defendants has not acted in good faith in relation to discovery.

ORDER RE:
PENDING MOTIONS
PAGE -2