UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED STEPHENS, | CASE NO. C12-1067-RAJ-MAT |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO ENLARGE TIME FOR |
| SGT. TODD FREDRICKSON, et al. | DISCOVERY AND DEPOSITIONS |
| Defendants. | |

The parties submitted a Joint Motion to Enlarge Time for Discovery and Depositions, requesting that the discovery deadline be extended to February 25, 2014 and the dispositive motion deadline extended to March 24, 2014. (Dkt. 87.) Finding the request and proposed dates reasonable, the parties' stipulated motion is GRANTED and the deadlines extended as requested.

DATED this 2nd day of January, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

ORDER GRANTING JOINT MOTION TO ENLARGE
TIME FOR DISCOVERY AND DEPOSITIONS
PAGE -1