HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED STEPHENS,<br><br>       Plaintiff,<br><br>   v.<br><br>SGT. TODD FREDRICKSON, et al.,<br><br>       Defendants. | LEAD CASE NO. C12-1067RAJ<br><br>CONSOLIDATED<br><br>ORDER |

     Having reviewed the parties' stipulation of dismissal (Dkt. # 89) as well as their settlement agreement, the court DISMISSES this consolidated action with prejudice and without costs or attorney fees to any party.  The court acknowledges the parties' agreement that the preliminary injunction the court imposed on April 24, 2013 will remain in effect through March 27, 2014.  The court will retain jurisdiction to enforce the parties' settlement agreement.

     Dated this 7th day of March, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1