UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRED STEPHENS,

                          Plaintiff,

        v.

SGT. TODD FREDRICKSON, et al.,

                          Defendants.

CASE NO. C12-1067-RAJ-MAT

MINUTE ORDER

        The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

        Plaintiff filed a "Notice – Breach of Settlement/Motion for Temporary Restraining Order," noted for consideration on April 21, 2017.  (Dkt. 91.)  The Court construes this motion as seeking preliminary injunctive relief and directs a response from defendants on or before **April 17, 2017**. Plaintiff may submit a reply on or before the **April 21, 2017** noting date.

        DATED this 4th day of April, 2017.

                                        WILLIAM MCCOOL, Clerk

                                By:      s/ Rhonda Stiles
                                         Deputy Clerk

MINUTE ORDER
PAGE - 1