UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRED STEPHENS,

                Plaintiff,

    v.

TODD FREDRICKSON, et al.,

                Defendants.

CASE NO. C12-1067-RAJ

ORDER

      The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

      (1)    The Court adopts the Report and Recommendation;

      (2)    Plaintiff's Notice-Breach of Settlement Motion for Temporary Restraining Order (Dkt. 91) and Request to Re-open (Dkt. 99) are DENIED; and

      (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

      DATED this 28th day of July, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER
PAGE - 1